## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HAGENBAUGH and<br>HEATHER HAGENBAUGH, his wife<br>on behalf of themselves and all others<br>similarly situated;<br>MICHAEL P. HOMANKO, JR.<br>on behalf of himself and all others<br>similarly situated;<br>SHERRI A. HOMANKO<br>on behalf of herself and all others<br>similarly situated;<br>and<br>FREDERICK L. LUBRECHT and<br>MARIANNE P. LUBRECHT, his wife<br>on behalf of themselves and all others<br>similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.;<br>HYUNDAI MOTOR AMERICA;<br>KIA MOTORS AMERICA;<br>AIRPORT ROAD MOTORS N., LLC.<br>d/b/a HAZLETON NISSAN;<br>AIRPORT ROAD MOTORS HY., LLC.<br>d/b/a HAZLETON HYUNDAI;<br>AIRPORT ROAD MOTORS K, LLC<br>d/b/a HAZLETON KIA;<br>MICHAEL S. SAPORITO;<br>ANTONIO D. PIERCE; AND<br>JESSIE W. ARMSTEAD,<br><br>Defendants | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 3:20-CV-01838-MEM |

## NOTICE OF DISMISSAL OF DEFENDANT, ANTONIO D. PIERCE PURSUANT TO F.R.C.P. 41(a)(1)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the named Plaintiffs herein, by and through their counsel, the Slusser Law Firm, do hereby agree to dismiss Defendant, Antonio D. Pierce from this action with prejudice.

Respectfully submitted,

THE SLUSSER LAW FIRM

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date:  04/15/2021

By:  /s/ *Christopher B. Slusser, Esquire*
CHRISTOPHER B. SLUSSER, ESQUIRE
Supr. ID #78609

By:  /s/ *John M. Solt, Esquire*
JOHN M. SOLT, ESQUIRE
Supr. ID #89146

By:  /s/ *Joseph R. Baranko, Jr., Esquire*
JOSEPH R. BARANKO, JR., ESQUIRE
Supr. ID # 39124

By:  /s/ *Jeffrey A. Rockman, Esquire*
JEFFREY A. ROCKMAN, ESQUIRE
Supr. ID # 47463

By:  /s/ *John Lucas, Esquire*
JOHN LUCAS, ESQUIRE
Supr. ID # 53503

1620 N. Church St., Ste. 1
Hazleton, PA 18202
Telephone:  570-453-0463
Attorneys for Plaintiffs