## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HAGENBAUGH and<br>HEATHER HAGENBAUGH, his wife,<br>MICHAEL P. HOMANKO, JR.,<br>SHERRI A. HOMANKO, and<br>FREDERICK L. LUBRECHT and<br>MARIANNE P. LUBRECHT, his wife,<br>Individually and on behalf of themselves<br>and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NISSAN NORTH AMERICA INC.,<br>HYUNDAI MOTOR AMERICA;<br>KIA MOTORS AMERICA;<br>AIRPORT ROAD MOTORS N., LLC.<br>d/b/a HAZLETON NISSAN;<br>AIRPORT ROAD MOTORS HY., LLC.<br>d/b/a HAZLETON HYUNDAI;<br>AIRPORT ROAD MOTORS K, LLC<br>d/b/a HAZLETON KIA;<br>MICHAEL S. SAPORITO;<br>ANTONIO D. PIERCE; AND<br>JESSIE W. ARMSTEAD,<br><br>Defendants | : : : : : : : : : : : : : : : : : : : : : : : : : : : | Case No. 3:20-CV-01838-MEM<br>(Mannion, J.) |

## CERTIFICATE OF SERVICE

We, Christopher B. Slusser, Esquire, and Jeffrey A. Rockman, Esquire, hereby certify that on April 15, 2021 we electronically filed the foregoing *Notice of Dismissal of Antonio D Pierce* with the Clerk of the Court of the United States District Court for the Middle District of Pennsylvania using the CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the District Court's CM/ECF System.

*Signatures on following page.*

Respectfully submitted,

THE SLUSSER LAW FIRM

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.


By:    /s/ *Christopher B. Slusser, Esquire*
       CHRISTOPHER B. SLUSSER, ESQUIRE
       Supr. ID #78609


By:    /s/ *Jeffrey A. Rockman, Esquire*
       JEFFREY A. ROCKMAN, ESQUIRE
       Supr. ID # 47463

       1620 N. Church St., Ste. 1
       Hazleton, PA 18202
       Telephone: 570-453-0463
       Attorneys for Plaintiffs