# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID HAGENBAUGH,** *et al.*        :

      **Plaintiffs**        :        **CIVIL ACTION NO. 3:20-1838**

  **v.**                        :                **(JUDGE MANNION)**

**MICHAEL SAPORITO**            :

      **Defendant**        :

## DEFAULT ORDER

AND, Now this 26TH day of September 2022 Default is hereby entered in favor of the Plaintiffs David Hagenbaugh, *et al* against Michael Saporito for failure to Answer or otherwise plead.

**Peter J. Welsh, Clerk of Court**

*s/ Barbe H. Sempa*
**Barbe H. Sempa,
Deputy Clerk**

20-1838-04