# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HAGENBAUGH,** *et al.* | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:20-1838** |
| v. | : | (JUDGE MANNION) |
| **AIRPORT ROAD MOTORS N, LLC** d/b/a Hazleton Nissan **AIRPORT ROAD MOTORS HY, LLC** d/b/a Hazleton Hyundai and **AIRPORT ROAD MOTORS K., LLC** d/b/a Hazleton Kia | : : : | |
| **Defendants** | : | |

## DEFAULT ORDER

AND, Now this 26TH day of September 2022 Default is hereby entered in favor of the Plaintiffs David Hagenbaugh, *et al* and against AIRPORT ROAD MOTORS N, LLC d/b/a Hazleton Nissan; AIRPORT ROAD MOTORS HY, LLC d/b/a Hazleton Hyundai and AIRPORT ROAD MOTORS K.,LLC d/b/a Hazleton Kia for failure to Answer or otherwise plead.

**Peter J. Welsh, Clerk of Court**

*s/ Barbe H. Sempa*
**Barbe H. Sempa,**
**Deputy Clerk**

20-1838-05