IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL P. HOMANKO, JR. and SHERRI A. HOMANKO; individually and on behalf of all others similarly situated,<br>      Plaintiffs | : : : : : : | No. 3:20cv1838<br><br>(Judge Munley) |
| v. | : : | |
| KIA MOTORS AMERICA; AIRPORT ROAD MOTORS K, LLC d/b/a HAZLETON HYUNDAI; MICHAEL S. SAPORITO; and JESSIE W. ARMSTEAD,<br>      Defendants | : : : : : : | |

## ORDER

**AND NOW**, to wit, this 30th day of September 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant Kia America, Inc. formerly known as Kia Motors Inc.'s motion to dismiss (Doc. 140) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court