# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HAGENBAUGH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> NISSAN NORTH AMERICA, INC., *et al.*, <br><br><br> Defendants. | Civil Action No. 3:20-cv-01838-JKM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs David and Heather Hagenbaugh, by and through their counsel, the Slusser Law Firm, hereby agree to dismiss Defendant Nissan North America, Inc. from this action with prejudice.

Dated:  November 25, 2024

THE SLUSSER LAW FIRM

Christopher B. Slusser (PA Id. No. 78609)
John M. Solt (PA Id. No. 89146)
Joseph R. Baranko (PA Id. No. 39124)
Jeffrey A. Rockman (PA Id. No. 47463)
John Lucas (PA Id. No. 53505)
1620 N. Church Street, Suite 1
Hazleton, PA 18202
Tel: 570.453.0463
*Attorneys for Plaintiffs David and Heather Hagenbaugh*